BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MC-00110-WBS-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $67,646.00 IN U.S. CURRENCY, | |
| Defendant | |

It is hereby stipulated by and between the United States of America and claimant Cedric Sewell ("claimant"), by and through their respective counsel, as follows:

1.     On or about June 10, 2014, claimant Cedric Sewell filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the Approximately $67,646.00 in U.S. Currency (hereafter "defendant currency"), which was seized on March 5, 2014.

2.     The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was September 8, 2014.

4.      By Stipulation and Order filed September 5, 2014, the parties stipulated to extend to November 7, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed October 27, 2014, the parties stipulated to extend to January 6, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to March 6, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///

2

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to March 6, 2015.

Dated:      1/5/15

BENJAMIN B. WAGNER
United States Attorney

 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:      1/5/15

 /s/ Colin Cooper
COLIN COOPER
Attorney for Claimant Cedric Sewell

(Authorized via email)

IT IS SO ORDERED.

Dated: January 5, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Extend Time to File Complaint